AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 4:04CR40009-001 |
| **Anthony C. Morine** | ) USM No: 06653-010 |
| Date of Previous Judgment: November 18, 2004 | ) Matthew F. Golden |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __121__ months **is reduced to** __100 months__.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 29 | | Amended Offense Level: 27 | |
| Criminal History Category: IV | | Criminal History Category: IV | |
| Previous Guideline Range: 121 to 151 months | | Amended Guideline Range: 100 to 125 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.

☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐  Other (explain):

## III. ADDITIONAL COMMENTS

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 2 5 2008

CHRIS R. JOHNSON, CLERK
BY                    [signature]
DEPUTY CLERK

Except as provided above, all provisions of the judgment dated __11/18/04__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __7/25/08__

Effective Date: _____
(if different from order date)

_____
Judge's signature

Hon. Harry F. Barnes, U.S. District Judge
Printed name and title